## Mrs. Ann Hopkins *v.* Braddock Borough,. Appellant.

Argued Oct. 29, 1895.   Appeal, No. 71, Oct. T., 1895, by defendant, from order of C. P. No. 3, Allegheny Co., Aug. T., 1894, No. 490, dismissing exceptions to report of viewers and refusing to allow defendant an appeal.   Before STER-RETT, C. J., GREEN, WILLIAMS, MCCOLLUM, MITCHELL, DEAN and FELL, JJ.   Affirmed.

OPINION BY MR. JUSTICE GREEN, January 6, 1896 :

The judgment in this case is affirmed for the reasons stated in the opinion just filed in the case of William Bowers v. The Borough of Braddock, No. 64, Oct. T., 1895.

Judgment affirmed.